**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

GREGORY LEE McCALL                                                                                      PLAINTIFF
REG #15064-045

V.                                           NO: 2:12CV00066 JMM/HDY

USA *et al.*                                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of April, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE